## Houk's Estate

514

516

518

520

524

*John P. Lockhart* and *Wylie McCaslin,* for exceptants.
*Errol Fullerton,* contra.

BRAHAM, P. J.—Now, July 12, 1938, distribution is hereby decreed in accordance with the auditor's report, the auditor's opinion being adopted as the opinion of this court.